IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JASON YOAKAM,

    Plaintiff,

v.                                       CASE NO.  3:21cv31

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby file this joint stipulation of dismissal with prejudice, with each party bearing their own fees and costs.

Pursuant to *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375 (1994), this Stipulation explicitly reserves jurisdiction in this Court to enforce the terms of the settlement agreement for a period of three months from the date of the execution of this Stipulation of Dismissal.

Dated:      January 14, 2022

                                                              Respectfully submitted,

                                                              *s/ Richard Saenz*
                                                              Richard Saenz
                                                              Lambda Legal
                                                              120 Wall St., 19th Fl.
                                                              New York, NY 10005
                                                              Telephone: 212-809-8585
                                                              Email: rsaenz@lambdalegal.org

                                                              *Counsel for Plaintiff*

s/ Laura Maughan
Laura Maughan (VSB No. 87798)
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Telephone:  (804) 786-0030
Fax:     (804) 786-4239
lmaughan@oag.state.va.us

*Counsel for Defendants Virginia Department of Corrections, Harold W. Clarke, A. David Robinson, Mariea LeFevers, Meredith Cary-Morrisette, Steve Herrick, Julie Fink, Morgan Gesiert-Klein, Wayne Reed, and Paul Targonski*

## CERTIFICATE OF SERVICE

I electronically filed the forgoing document with the clerk of court for the United States District Court for the Western District of Virginia on January 14, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF registered attorneys on the NEF.

s/ Laura Maughan
Laura Maughan (VSB No. 87798)
Assistant Attorney General
